| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 71.90.21.23 | 1/20/14 07:40:31 AM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Madison | Dane |
| 2 | 71.95.64.22 | 1/19/14 09:21:51 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Sparta | Monroe |
| 3 | 24.177.208.119 | 1/19/14 02:36:40 AM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Eau Claire | Eau Claire |
| 4 | 75.121.142.185 | 1/18/14 10:02:29 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | CenturyLink | La Crosse | La Crosse |
| 5 | 97.90.234.132 | 1/16/14 05:38:26 AM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Eau Claire | Eau Claire |
| 6 | 96.42.42.43 | 1/13/14 11:46:38 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Madison | Dane |
| 7 | 97.92.0.52 | 1/13/14 04:42:35 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Superior | Douglas |
| 8 | 71.13.199.126 | 1/13/14 03:50:00 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Rice Lake | Barron |
| 9 | 66.188.120.90 | 1/13/14 01:16:00 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Madison | Dane |
| 10 | 68.185.172.159 | 1/11/14 09:20:12 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Oregon | Dane |
| 11 | 24.177.127.23 | 1/10/14 10:37:39 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Madison | Dane |
| 12 | 68.117.14.167 | 1/6/14 08:26:41 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Eau Claire | Eau Claire |
| 13 | 66.188.103.126 | 1/6/14 06:52:14 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Madison | Dane |
| 14 | 24.177.123.86 | 1/6/14 03:41:28 AM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Madison | Dane |
| 15 | 71.87.107.16 | 1/5/14 03:30:38 PM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Holmen | La Crosse |
| 16 | 24.177.216.124 | 1/5/14 05:35:01 AM | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Charter Communications | Baraboo | Sauk |

**Exhibit B**