

Try unlimited access to NYTimes.com for just 99¢. SEE OPTIONS »

Guaranteed Mother's Day Delivery.
Limited Offer - Save 20% Today!
www.EvesAddiction.com/Gifts

**Get Free E-mail Alerts on These Topics**

- Copyrights and Copyright Violations
- Audio Recordings and Downloads
- Movies
- Book Trade and Publishing

Ads by Google                                             what's this?

**Marketing for Lawyers**
Affordable AdWords Management, SEO
and Web Design. No Cost Consult!
www.LegalPPC.com

---

**INSIDE NYTIMES.COM**

| TRAVEL » | DANCE » | OPINION » | THEATER » | OPINION » | MAGAZINE » |
|---|---|---|---|---|---|
|  | | **Taking Note: The Latest G.O.P. Temper Tantrum** Republican senators boycotted the vote for the president's E.P.A. nominee. | | | |
| 36 Hours in Las Vegas | New York City Ballet Season Gala | | 'On Your Toes,' With Christine Baranski | Letters: The Health Law and Its Incentives | How Does Shonda Rhimes Keep Making Hits? |



Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Site Map

© 2012 The New York Times Company | Privacy | Your Ad Choices | Terms of Service | Terms of Sale | Corrections | RSS | Help | Contact Us | Work for Us | Advertise

**MORE IN OPINION** (1 OF 23 ARTICLES)
**Op-Ed Contributor: The Next Pandemic: Not if, but When**
Read More »