I formally oppose disclosure of information for the IP Address listed below

the given date and time. Below is a copy of the log that associates the IP with your Account in this format: IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.
97.92.0.52 c0:14:3d:e0:d4:c2 20:4e:7f:1f:e7:53 2013-12-13 13:29:36 2014-02-17 01:15:14

This notice was also sent to Att. Keith Vogt on 6/16 → only given 10 days to file per Sapona.

DOC NO
REC'D/FILED
2014 JUN 18 AM 10:34
PETER OPPENEER
CLERK US DIST COURT
WD OF WI