IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) ) ) ) ) |
| v. | ) ) Case: No. 14-cv-235 |
| Does | ) ) ) |

**PLAINTFF'S RESPONSE TO OBJECTION TO SUBPOENA**

Doe 7, IP address 97.92.0.52, has filed an objection to the subpoena that was issued to discover the defendant's name and address. [dkt. # 9] To the extent the objection is based on privacy concerns or an argument on the merits, it should be denied at this juncture. *TCYK, LLC v. Doe*, 2013 U.S. Dist. LEXIS 113846, 3-5, 2013 WL 4084751 (W.D. Wis. Aug. 13, 2013). However, Plaintiff is more than willing to have the Court enter a protective order to maintain the confidentiality of the requested information if the Court feels that a protective order is needed for this matter. *Id*.

DATED: June 18, 2014

Respectfully submitted,

Takiguchi & Vogt, LLP
1415 West 22nd Street, Tower Floor
Oakbrook, IL 60523
(630) 974-5707
Attorneys for Plaintiff

By:   /s/ Keith A. Vogt (IL Bar 6207971)
KVogt@takiguchiandvogt.com

1