# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 14-cv-00235 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-16, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #8, OWNER OF IP ADDRESS 71.13.199.126

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #8, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 71.13.199.126.

DATED: July 22, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Dallas Buyers Club, LLC,

　　　　　　　　　　　　　　　By:　　s/ Keith A. Vogt
　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　Takiguchi & Vogt, LLP
　　　　　　　　　　　　　　　　　　　1415 W. 22nd Street, Tower Floor
　　　　　　　　　　　　　　　　　　　Oak Brook, Illinois 60523
　　　　　　　　　　　　　　　　　　　(630) 974-5707
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff