**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 14-cv-00235 |
| | ) |
| v. | ) |
| | ) |
| DOES 1-16, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**DOE #14, OWNER OF IP ADDRESS 24.177.123.86**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #14, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 24.177.123.86.

DATED:  July 22, 2014           Respectfully submitted,

                                Dallas Buyers Club, LLC,

                        By:     s/ Keith A. Vogt
                                Keith A. Vogt (Bar No. 6207971)
                                Takiguchi & Vogt, LLP
                                1415 W. 22nd Street, Tower Floor
                                Oak Brook, Illinois 60523
                                (630) 974-5707
                                Attorney for Plaintiff