**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00235 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-16, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**DOE #9, OWNER OF IP ADDRESS 66.188.120.90**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 9, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 66.188.120.90.

DATED:  August 19, 2014            Respectfully submitted,

                        Dallas Buyers Club, LLC,

                  By:      s/ Keith A. Vogt
                        Keith A. Vogt (Bar No. 6207971)
                        Takiguchi & Vogt, LLP
                        1415 West 22nd Street, Tower Floor
                        Oakbrook, IL 60523
                        (630) 974-5707
                        KVogt@takiguchiandvogt.com
                        Attorney for Plaintiff