# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00235 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED:  November 4, 2014

Respectfully submitted,

Dallas Buyers Club, LLC,

By:  s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt, LLP
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523
(630) 974-5707
KVogt@takiguchiandvogt.com
Attorney for Plaintiff